HILLMAN ET AL., APPELLEES AND CROSS-APPELLANTS, *v.* HASTINGS MUTUAL INSURANCE COMPANY, APPELLANT AND CROSS-APPELLEE.

[Cite as *Hillman v. Hastings Mut. Ins. Co.* (1994), 69 Ohio St.3d 1203.]

(No. 92–2330—Submitted March 22, 1994—Decided May 4, 1994.)

*Clark, Perdue, Roberts Co., L.P.A.,* and *Dale K. Perdue,* for appellees and cross-appellants.

*John C. Nemeth & Associates, John C. Nemeth* and *David A. Caborn,* for appellant and cross-appellee.

*Hamilton, Kramer, Myers & Cheek* and *James R. Gallagher,* and *Louis A. Jacobs,* in opposition to modification of entry for *amicus curiae,* State Farm Insurance Companies.

---

The motion of appellant for a clarification is granted. Our entry (68 Ohio St.3d 238, 626 N.E.2d 73) is amended *nunc pro tunc.* The opinion of the court of appeals is vacated to the extent it deals with issues discussed in *Savoie v. Grange Mut. Ins. Co.* (1993), 67 Ohio St.3d 500, 620 N.E.2d 809, and/or clarified in *Newman v. United Ohio Ins. Co.* (1994), 69 Ohio St.3d 1204, 631 N.E.2d 157, decided today. We do not disturb the remainder of the opinion of the court of appeals.

This cause is remanded to the trial court to apply *Savoie* and *Newman.*

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents.

MOYER, C.J., not participating.